# Sturgeon *v.* H. C. Frick Coke Company.

Argued May 7, 1900. Appeal, No. 114, Jan. T., 1900, by defendant, from judgment of C. P. Fayette Co., March T., 1898, No. 382, on verdict for plaintiff in case of Daniel Sturgeon and Walter W. Laughead v. The H. C. Frick Coke Company. Before GREEN, C. J., McCOLLUM, DEAN, FELL and BROWN, JJ. Affirmed.

PER CURIAM, May 23, 1900 :

The judgment in this case is affirmed on the charge to the jury by the learned court below. See Sturgeon v. Hustead, ante, p. 148.